**B1 (Official Form 1) (4/10)**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Sauk Valley Student Housing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-1723969** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **173 IL Route 2 Dixon, IL**  ZIPCODE **61021** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):  ZIPCODE |
| County of Residence or of the Principal Place of Business: **Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sauk Valley Student Housing, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sauk Valley Student Housing, LLC** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X** */s/ Lon M. Richey*<br>Signature of Attorney for Debtor(s)<br><br>**Lon M. Richey<br>Nelson, Kilgus, Richey,<br>Huffman & Buckwalter-Schurman<br>209 E. Main St.,  P.O. Box 111<br>Morrison, IL  61270<br>(815) 772-2121**<br><br>**February  9, 2011**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br><br>**X** _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Mary Ellen Wilkinson*<br>Signature of Authorized Individual<br><br>**Mary Ellen Wilkinson**<br>Printed Name of Authorized Individual<br><br>**Manager/Chairman Of Sole Member**<br>Title of Authorized Individual<br><br>**February  9, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                            Case No. _____

Sauk Valley Student Housing, LLC _____    Chapter **7** _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Sauk Valley College Foundation**<br>**173 IL Route 2**<br>**Dixon, IL  61021** | **100** | **Membership** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

**Sauk Valley Student Housing, LLC** _____   Chapter **7** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  1,535,000.00 | | |
| B - Personal Property | Yes | 3 | $      113,106.45 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  7,227,113.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      14,250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $     101,335.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $  1,648,106.45 | $  7,342,698.49 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Sauk Valley Student Housing, LLC**                                      Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5 acres improved with 48 units and 142 beds located at 1608 Sauk Road, Dixon, IL 61021.  Property includes leasing/management office and is commonly known as Sauk Commons.**<br><br>**Current value is understood to be the conclusion of a 2009 appraisal undertaken by Amcore Bank, N.A.  June 30, 2010 book value believed to be $5,550,614 inclusive of furniture and fixtures.** | **Fee Simple subject to mortgage** | | **1,535,000.00** | **7,227,113.14** |
| | | **TOTAL** | **1,535,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Sauk Valley Student Housing, LLC**                                   Case No. _____
Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris N.A.**<br>**101 W. First Street**<br>**Dixon, IL  61021**<br><br>**-- Collecting account # 0553  ($2,357.55)**<br>**-- Operating account # 0586  ($54,368.90)**<br>**-- Security deposit account # 0597  ($14,250.00)** | | **70,976.45** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Sauk Valley Student Housing, LLC__                                    Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable from rents (less allowance for doubtful accounts)** | | **22,130.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Office equipment, supplies, furnishings. machinery used in business; original book value was $192,468; June 30, 2009 book value $25,112. In June 30, 2010 audit included in book value set forth in Schedule A.** | | **20,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Sauk Valley Student Housing, LLC**
_____
Debtor(s)                                              Case No. _____
                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **113,106.45** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Sauk Valley Student Housing, LLC** _____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Sauk Valley Student Housing, LLC                                   Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bayview Loan Servicing, LLC**<br>**4425 Ponce De Leon Blvd, Suite 500**<br>**Coral Gables, FL  33146** | | | **Agent or assignee of Harris, N.A.**<br><br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO.<br><br>**Harris, N.A.**<br>**1033 W. Van Buren Street, Suite 100**<br>**Chicago, IL  60607** | X | | **Assignee/Successor of Amcore Bank. Amounts due under Reimbursement Agreement dated October 22, 2004 secured by all assets of the LLC**<br><br>VALUE $ **1,648,107.00** | | | | 7,227,113.14 | 5,579,006.14 |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

|  |  |  |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | $  **7,227,113.14** $  **5,579,006.14** |
| | Total<br>(Use only on last page) | $  **7,227,113.14** $  **5,579,006.14** |

(Report also on Summary of Schedules.)                    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Sauk Valley Student Housing, LLC                                   Case No. _____
                    Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Sauk Valley Student Housing, LLC**
_____ Case No. _____
Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Deposits by individuals
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Various** | | | Various dates; rental deposits of approximately 75 tenants. Deposits are held in Security Deposit Account # 0597 at Harris Bank, N.A., Dixon, Illinois facility | | | | **14,250.00** | **14,250.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **14,250.00** $ **14,250.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **14,250.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **14,250.00** $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Sauk Valley Student Housing, LLC                              Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx0719**<br><br>**Alarm Detection Systems, Inc.**<br>**1111 Church Road**<br>**Aurora, IL 60505** | | | **Current contract dated November 8, 2007 for alarm services in 2010 - 2011** | | | | **165.00** |
| ACCOUNT NO. **xxxxx577**<br><br>**Allied Waste Services**<br>**1214 S. Bataan Road**<br>**Dixon, IL 61021** | | | **Waste removal services 2010; current agreement circa 08/19/05** | | | | **399.12** |
| ACCOUNT NO.<br><br>**Comcast Cable**<br>**1430 Sycamore Road**<br>**DeKalb, IL 60115** | | | **Cable TV services; 2010 - 2011** | | | | **1,030.80** |
| ACCOUNT NO.<br><br>**Comcast Cable**<br>**1430 Sycamore Road**<br>**DeKalb, IL 60115** | | | **June 2010; internet services** | | | | **210.00** |

**2** continuation sheets attached

Subtotal
(Total of this page)   $ **1,804.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Sauk Valley Student Housing, LLC                     Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Commonwealth Edison**<br>P.O. Box 6111<br>Carol Stream, IL  60197-6111 | | | **Electrical provider; 2010 - 2011** | | | | 1,324.13 |
| ACCOUNT NO.<br>**Garcia's Lawn Care**<br>1108 Harvey Street<br>Sterling, IL  61081 | | | **Lawn care services; 2010** | | | | 500.00 |
| ACCOUNT NO.<br>**Grummerts Hardware**<br>424 Locust Street<br>Sterling, IL  61081 | | | **2010 maintenance purchases** | | | | 25.78 |
| ACCOUNT NO.<br>**McGladrey & Pullen LLP**<br>1252 Belt Valley Road<br>Rockford, IL  61108 | | | **2010 - 2011 Accounting services** | | | | 3,000.00 |
| ACCOUNT NO.<br>**NICOR Gas**<br>ATTN:  Bankruptcy Dept.<br>P.O. Box 190<br>Aurora, IL  60507 | | | **2010 - 2011 natural gas provider** | | | | 946.02 |
| ACCOUNT NO.<br>**Sauk Valley College Foundation**<br>173 IL Route 2<br>Dixon, IL  61021 | | | **Various advances to the LLC from the creditor. Those include, without limitation, audit and interest payments, legal fees** | | | | 30,430.00 |
| ACCOUNT NO.<br>**Sauk Valley Community College**<br>173 IL Route 2<br>Dixon, IL  61021 | | | **2005 - 2011 water and sewer services** | | | | 62,245.00 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $  98,470.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sauk Valley Student Housing, LLC**                                    Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TD Kurtz Glass Company**<br>**1101 1st Avenue**<br>**Rock Falls, IL 61071** | | | **Glass** | | | | **45.60** |
| ACCOUNT NO.<br><br>**United Distributing Company, Inc.**<br>**PO Box 1452**<br>**Sykesville, MD 21784** | | | **Housing supplies** | | | | **298.90** |
| ACCOUNT NO.<br><br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002** | | | **2010 wireless services** | | | | **415.00** |
| ACCOUNT NO.<br><br>**Willard Cox**<br>**699 Bloody Gulch Road**<br>**Dixon, IL 61021** | | | **2010 - payment due under contract for water testing services** | | | | **300.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,059.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **101,335.35**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Sauk Valley Student Housing, LLC                                      Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Web Laundry Company**<br>**22 Water Street**<br>**Cambridge, MA  02141** | **10-year contract for laundry facilities and services for Sauk Commons commencing August 1, 2005.** |
| **Alarm Detection Systems, Inc.**<br>**1111 Church Road**<br>**Aurora, IL  60505** | **5-year contract for fire alarm services beginning 11/08/07** |
| **Insight Communications**<br>**227 N. Wyman Street**<br>**Rockford, IL  61101** | **Contract for cable television/internet services** |
| **RRCA Accounts Management**<br>**201 E. Third Street**<br>**Sterling, IL  61081** | **Contract for collection services of past due accounts** |
| **SimplexGrinnell**<br>**3214 Kingsley Way**<br>**Madison, WI  53713** | **Contract for life safety inspections and maintenance** |
| **Sisson Lawn & Landscape**<br>**2907 16th Avenue**<br>**Sterling, IL  61081** | **Contract for snow removal service** |
| **Essex Telcom, Inc.**<br>**2 East Third Street**<br>**Sterling, IL  61081** | **Contract for telephone services** |
| **Allied Waste Services**<br>**1214 S. Bataan Road**<br>**Dixon, IL  61021** | **Contract for waste disposal services (36 month terms)** |
| **Commonwealth Edison Company**<br>**Dixon Business Office**<br>**919 First Street**<br>**Dixon, IL  61021-0468** | **Electric facilities service agreement** |
| **Joshua Bornsheuer**<br>**304 S. Pine Street**<br>**Buda, IL  61314**<br><br>**Rhonda Bornsheuer**<br>**304 S. Pine Street**<br>**Buda, IL  61314** | **Housing contract for 2010-2011 academic year** |
| **Corey Coomes**<br>**423 West Graham**<br>**Dixon, IL  61021**<br><br>**Paul E. Coomes**<br>**423 West Graham Street**<br>**Dixon, IL  61021** | **Housing contract for 2010-2011 academic year** |
| **Joseph DeClerk**<br>**201 Longview Drive**<br>**Geneseo, IL  61254**<br><br>**Karen DeClerk**<br>**48 Deer Path Court**<br>**Geneseo, IL  61254** | **Housing contract for 2010-2011 academic year** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Sauk Valley Student Housing, LLC                        Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jeffrey Erickson**<br>**301 S. Fourth**<br>**Manlius, IL  61338** | **Housing contract for 2010-2011 academic year** |
| **Lynnette Erickson**<br>**301 S. Fourth Street**<br>**Manlius, IL  61338** | |
| **Rebecca Herbig**<br>**3579 Oak Grove Road**<br>**Byron, IL  61081** | **Housing contract for 2010-2011 academic year** |
| **Dennis Herbig**<br>**3579 Oak Grove Road**<br>**Byron, IL  61010** | |
| **Brock Kartheiser**<br>**2567 N. 4670th Road**<br>**Somonauk, IL  60552** | **Housing contract for 2010-2011 academic year** |
| **Michael J. Kartheiser**<br>**2567 N. 4670th Road**<br>**Somonauk, IL  60552** | |
| **Lauren Kerr**<br>**8066 N. 1300 East Road**<br>**Shirley, IL  61772** | **Housing contract for 2010-2011 academic year** |
| **Julie L. Kerr**<br>**8066 N. 1300 East Road**<br>**Shirley, IL  61772** | |
| **Jamie Law**<br>**506 Trotter**<br>**Heyworth, IL  61745** | **Housing contract for 2010-2011 academic year** |
| **Michael M. Law**<br>**506 Trotter Drive**<br>**Heyworth, IL  61745** | |
| **Anthony Maves**<br>**369 Wheaton Avenue**<br>**Dixon, IL  61021** | **Housing contract for 2010-2011 academic year** |
| **Melody A. Maves**<br>**369 Wheaton Avenue**<br>**Dixon, IL  61021** | |
| **Taggart Spellman**<br>**3811 Business 20 West**<br>**Freeport, IL  61032** | **Housing contract for 2010-2011 academic year** |
| **Laurie Norton**<br>**3811 Business 20 West**<br>**Freeport, IL  61032** | |
| **Samuel Webb**<br>**8323 Stafford Lane**<br>**Indianapolis, IN  46260** | **Housing contract for 2010-2011 academic year** |
| **Tracy Brunner**<br>**8323 Stafford Lane** | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Sauk Valley Student Housing, LLC**                    Case No. _____
_____
Debtor(s)                                             (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Indianapolis, IN  46260 | |
| Chuck Misuraca<br>302 Prairie Hill Parkway<br>Winnebago, IL  61088 | Housing contract for 2010-2011 academic year |
| Michael Mann<br>3651 Chad Street<br>Rockford, IL  61102 | Housing contract for 2010-2011 academic year |
| Danny Mann<br>3651 Chad Street<br>Rockford, IL  61102 | |
| Ryne Vrana<br>759 Anita Lane<br>Princeton, IL  61356 | Housing contract for 2010-2011 academic year |
| Michael Vrana<br>759 Anita Lane<br>Princeton, IL  61356 | |
| Marcus Marshall<br>2007 13th Avenue<br>Rockford, IL  61104 | Housing contract for 2010-2011 academic year |
| Sonya Marshall<br>2007 13th Avenue<br>Rockford, IL  61104 | |
| Connor Lincoln<br>302 E. Mason Street<br>Polo, IL  61064 | Housing contract for 2010-2011 academic year |
| Ricky L. Lincoln<br>302 E. Mason Street<br>Polo, IL  61064 | |
| Michael Schneiderman<br>PO Box 94<br>Forreston, IL  61030 | Housing contract for 2010-2011 academic year |
| Fred W. Schneiderman<br>PO Box 94<br>Forreston, IL  61030 | |
| Shawn Weeks-Tomlinson<br>33 Durham Street<br>Port Hope, ON | Housing contract for 2010-2011 academic year |
| Nolan Rappe<br>72 Greenbriar Drive<br>Hillsboro, IL  62049 | Housing contract for 2010-2011 academic year |
| Michael B. Rappe<br>72 Greenbriar Drive<br>Hillsboro, IL  62049 | |
| Keith J. Cullivan<br>4824 Calle Don Antonio<br>Tucson, AZ  85757 | Housing contract for 2010-2011 academic year |
| Karen S. Cullivan<br>4824 Calle Don Antonio | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Sauk Valley Student Housing, LLC                    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tuscon, AZ  85757 | |
| Carlos Camacho 5552 W. Louisana St. Tucson, AZ  85757 | Housing contract for 2010-2011 academic year |
| Teresa Loera 5552 W. Louisiana Street Tucson, AZ  85757 | |
| Daniel Barr 1222 Rotherham Lane Beech Grove, IN  46107 | Housing contract for 2010-2011 academic year |
| Daniel K. Barr 1222 Rotherham Lane Beech Grove, IN  46107 | |
| Arizona Phoenix 1620 HA16 St. London, ON | Housing contract for 2010-2011 academic year |
| Dave Phoenix 1620 HA16 St. London, ON | |
| Daniel Hutcheson 7508 Suffield Road Loves Park, IL  61111 | Housing contract for 2010-2011 academic year |
| David A. Hutcheson 7508 Suffield Road Loves Park, IL  61111 | |
| Devin Chisholm 22041 Spring Lane Richton Park, IL  60471 | Housing contract for 2010-2011 academic year |
| Rosemary Chisholm 22041 Spring Lane Richton Park, IL  60471 | |
| Ian M. Smith 231 E. Cook Street Sheffield, IL  61361 | Housing contract for 2010-2011 academic year |
| Kent A. Smith 231 E. Cook Street Sheffield, IL  61361 | |
| Josh A. Schlueter 12980 Masters Drive Morrison, IL  61270 | Housing contract for 2010-2011 academic year |
| Kevin D. Schlueter 12980 Masters Drive Morrison, IL  61270 | |
| Michelle G. Brown 21475 Peterson Avenue Sauk Village, IL  60411-4474 | Housing contract for 2010-2011 academic year |
| Leonard Grigsby | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Sauk Valley Student Housing, LLC                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1125 Grant Avenue<br>Chicago Heights, IL  60411 | |
| Tashari Cole<br>22407 Chappel<br>Sauk Village, IL  60411 | Housing contract for 2010-2011 academic year |
| Tawanna S. Cole<br>22407 Chappell<br>Sauk Village, IL  60411 | |
| Jeffrey M. Newcomer<br>318 E. Bradshaw<br>Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Lynette A. Roach<br>318 E. Bradshaw<br>Dixon, IL  61021 | |
| Choya L. Brown<br>14524 Cottage Grove<br>Polton, IL  60419 | Housing contract for 2010-2011 academic year |
| Sheila A. Carter<br>14524 Cottage<br>Dolton, IL  60419 | |
| Jacob Hough<br>210 Emily Street<br>Mt. Morris, IL  61054 | Housing contract for 2010-2011 academic year |
| Jazmyne Wide<br>17618 Grandview Drive<br>Hazelcrest, IL  60429 | Housing contract for 2010-2011 academic year |
| Vanessa K. Thomas<br>17618 Grandview Drive<br>Hazelcrest, IL  60429 | |
| Shamika S. Williams<br>1503 Copeland Road<br>Catonsville, MD  21228 | Housing contract for 2010-2011 academic year |
| Tamika M. Daniels<br>1503 Copeland Road<br>Catonsville, MD  21228 | |
| Tyler P. Carlson<br>487 W. 2nd Street<br>Woodhull, IL  61490 | Housing contract for 2010-2011 academic year |
| Bill P. Carlson<br>487 W. 2nd Street<br>Woodhull, IL  61490 | |
| John Loggins<br>404 5th Street<br>Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Merilee J. Loggins<br>721 Lincoln Highway<br>Rochelle, IL  61068 | |
| Shannon N. Ciskowski | Housing contract for 2010-2011 academic year |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Sauk Valley Student Housing, LLC                                    Case No. _____
_____                                          (If known)
              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 855 Margret Street<br>Des Plaines, IL  60016 | |
| Victoria L. Ciskowski<br>855 Margret Street<br>Des Plaines, IL  60016 | |
| Andrew P. Schoeneman<br>8441 West Oak Avenue<br>Miles, IL  60714 | Housing contract for 2010-2011 academic year |
| Howard A. Schoeneman<br>8441 W. Oak Avenue<br>Niles, IL  60714 | |
| Andrew Smoot<br>122 S. Dement Avenue<br>Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Carrie A. Smoot<br>122 S. Dement Avenue<br>Dixon, IL  61021 | |
| Nascha G. Lockhart<br>3300 Oak Street<br>Hazel Crest, IL  60429 | Housing contract for 2010-2011 academic year |
| Kelly R. Lockhart<br>3300 Oak Street<br>Hazel Crest, IL  60429 | |
| Tamara S. Watts<br>423 S. State St.<br>Freeport, IL  61032 | Housing contract for 2010-2011 academic year |
| Annette S. Watts<br>601 N. Walnut, Apt. 1201<br>Freeport, IL  61032 | |
| Loratta M. Boyd<br>612 Apple Street<br>Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Alka Bond<br>4050 N. Armour Road<br>Stillman Valley, IL  61084 | Housing contract for 2010-2011 academic year |
| Amanda Lillie<br>6475 E. Possum Street<br>Oregon, IL  61061 | Housing contract for 2010-2011 academic year |
| Dennis J. Lillie<br>6475 E. Possum Street<br>Oregon, IL  61061 | |
| Dereck Smith-Teachout<br>950 Mulhollen Drive<br>Monroe, MI  48161 | Housing contract for 2010-2011 academic year |
| Michele M. Milligan<br>950 Mulhollen Drive<br>Monroe, MI  48161 | |
| Todd Haas | Housing contract for 2010-2011 academic year |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Sauk Valley Student Housing, LLC

Debtor(s)

Case No. _____

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 705 Jefferson St. Oregon, IL  61061 | |
| Deborah A. Hurley 705 Jefferson Street Oregon, IL  61061 | |
| Anita A. Amisi 2801 Ridge Avenue Rockford, IL  61103 | Housing contract for 2010-2011 academic year |
| Kaylene M. Becker 206 W. Jackson St. Ohio, IL  61349 | Housing contract for 2010-2011 academic year |
| James E. Becker 206 W. Jackson Ohio, IL  61349 | |
| Jasmine Jacobs 2407 N. Ellamont St. Baltimore, MD  21216 | Housing contract for 2010-2011 academic year |
| Jennifer Chappell 2407 N. Ellamont St. Baltimore, MD  21216 | |
| Cletus L. Knight 814 S. Lincoln Avenue Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Grant G. Killinger 102 S. Main Street Port Byron, IL  61275 | Housing contract for 2010-2011 academic year |
| Gayla J. Killinger 102 South Main Port Byron, IL  61275 | |
| Hope M. LeFevre 30511 Barclay Road Milledgeville, IL  61051 | Housing contract for 2010-2011 academic year |
| Loratta M. Boyd 1612 Sauk Road Dixon, IL  61021 | |
| Shannon L. Phelan 1630 Rockview Dixon, IL  61021 | Housing contract for 2010-2011 academic year |
| Vicki J. Phelan 1630 Rockview Dixon, IL  61021 | |
| Dee Dee Hall PO Box 469 Monroe, LA  71210 | Housing contract for 2010-2011 academic year |
| Danny C. Hall PO Box 469 Monroe, LA  71210 | |
| Michael A. Jones | Housing contract for 2010-2011 academic year |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Sauk Valley Student Housing, LLC**       Case No. _____

    Debtor(s)                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 153 E. 146th St<br>Riverdale, IL  60827 | |
| Volande J. Murff<br>153 E. 146th Street<br>Riverdale, IL  60827 | |
| Benjamin A. Mendiaz<br>4965 S. Carino De Oeste<br>Tuscon, AZ  85746 | Housing contract for 2010-2011 academic year |
| Imeldon Mendiaz<br>4965 S. Carino De Oeste<br>Tuscon, AZ  85746 | |
| Jonathon T. Moss<br>424 Piperlane<br>Pittsfield, IL  62363 | Housing contract for 2010-2011 academic year |
| Cody Behrens<br>618 Grove Street<br>Prophetstown, IL  61277 | Housing contract for 2010-2011 academic year |
| Pavel Rizo<br>2275 J Lawson Blvd<br>Orlando, FL  32824 | Housing contract for 2010-2011 academic year |
| Candace Moore<br>1401 Avenue L<br>Sterling, IL  61081 | Housing contract for 2010-2011 academic year |
| Candida Cavazos<br>1107 W. 16th Street<br>Davenport, IA  52804 | |
| Eddie Cade<br>1717 Montague St.<br>Rockford, IL  61102 | Housing contract for 2010-2011 academic year |
| Deborah M. Brown<br>1717 Montague<br>Rockford, IL  61102 | |
| Stanley R. Moore<br>1727 Avaon Court<br>Beloit, WI  53511 | Housing contract for 2010-2011 academic year |
| Stanley R. Moore<br>1508 Watercreek<br>Las Vegas, NV  89032 | |
| Kenisha M. Sheriff<br>14626 Dante Avenue<br>Dolton, IL  60419 | Housing contract for 2010-2011 academic year |
| Annie B. Williams<br>14626 Dante Avenue<br>Dolton, IL  60419 | |
| William J. Koch<br>705 1/2 6th Avenue<br>Sterling, IL  61081 | Housing contract for 2010-2011 academic year |
| Sherry L. Koch | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Sauk Valley Student Housing, LLC**                     Case No. _____
_____
           Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 705 1/2 6th Avenue<br>Sterling, IL  61081 | |
| Marcus K. Bruder<br>15631 E. IL Route 72<br>Davis Junction, IL  61020 | Housing contract for 2010-2011 academic year |
| Debra Bruder<br>15631 E. IL Route 72<br>Davis Junction, IL  61020 | |
| Shane M. Albert<br>608 N. Parke Street<br>Tuscola, IL  61953 | Housing contract for 2010-2011 academic year |
| Angela L. Patton<br>608 N. Parke Street<br>Tuscola, IL  61953 | |
| Randi J. Flint<br>1016 Park Avenue<br>Cherokee, IA  51012 | Housing contract for 2010-2011 academic year |
| Patty S. Flint<br>1016 Park Avenue<br>Cherokee, IA  51012 | |
| Frank A. Simon<br>3410 W. Shakespeare<br>Chicago, IL  60647 | Housing contract for 2010-2011 academic year |
| Mathew Prybyszczuk<br>14 Allen Road Camira<br>Brisbane, QLD, | Housing contract for 2010-2011 academic year |
| Daphne Prybyszczuk<br>14 Allan Road Camira<br>Brishane, QLD 4300, | |
| Brittany A. Williams<br>14626 Dante Avenue<br>Dolton, IL  60419 | Housing contract for 2010-2011 academic year |
| Annie Williams<br>14626 Dante Avenue<br>Dolton, IL  60419 | |
| Jaylen T. Teasley<br>530 Woodlawn Ave<br>Ypsilanti, MI  48198 | Housing contract for 2010-2011 academic year |
| Monica Drummer<br>530 Woodlawn Ave<br>Ypsilanti, MI  48198 | |
| Sarah Stephens<br>302 Riverside<br>Prophetstown, IL  61277 | Housing contract for 2010-2011 academic year |
| Jamin Carr<br>715 Lincoln Street<br>Rock Falls, IL  61071 | Housing contract for 2010-2011 academic year |
| Byron L. Carr | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Sauk Valley Student Housing, LLC** _____ Case No. _____
         Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 715 Lincoln Street<br>Rock Falls, IL 61071 | |
| Christopher M. Walker<br>408 W. 34th St., Apt. 210<br>Steger, IL 60475 | Housing contract for 2010-2011 academic year |
| Jeffrey McGuire<br>448 W. Surf Street<br>Chicago, IL 60657-0496 | Housing contract for 2010-2011 academic year |
| Margaret A. McGuire<br>448 West Surf Street<br>Chicago, IL 60657-0496 | |
| Jessica L. Kohler<br>9404 Lawson Drive<br>Machesney Park, IL 61115 | Housing contract for 2010-2011 academic year |
| Dawn L. Kohler<br>9404 Lawson Drive<br>Machesney Park, IL 61115 | |
| Clifton W. Foreman<br>105 N. Elm<br>Franklin Grove, IL 61031 | Housing contract for 2010-2011 academic year |
| Leah M. Foreman<br>631 Marclare Ave, Apt. 4<br>Dixon, IL 61021 | |
| Willard Cox<br>699 Bloody Gulch Road<br>Dixon, IL 61021 | One year contract for water testing and operational duties for Sauk Commons; contract extensions in one year increments |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Sauk Valley Student Housing, LLC** _____    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sauk Valley College Foundation**<br>**173 IL Route 2**<br>**Dixon, IL  61021** | **Harris, N.A.**<br>**1033 W. Van Buren Street, Suite 100**<br>**Chicago, IL  60607** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Sauk Valley Student Housing, LLC** _____   Case No. _____
                          Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                                          Debtor

Date: _____   Signature: _____
                                                                                                          (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager/Chairman Of Sole Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Sauk Valley Student Housing, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  9, 2011** _____   Signature: _**/s/ Mary Ellen Wilkinson**_____

                                                                    **Mary Ellen Wilkinson** _____
                                                                    (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                      Case No. _____

**Sauk Valley Student Housing, LLC** _____     Chapter **7** _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 409,578.00 | 2007-2008; rental and fees revenue |
| 369,751.00 | 2008-2009; rental and fees revenue |
| 307,805.00 | 2009-2010; rental and fees revenue |

---

**2. Income other than from employment or operation of business**

None
☑       State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑       *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BMOC, Inc.**<br>**150 E. Gilman St., Suite 1250**<br>**Madison, WI 53703** | **Unknown** | **0.00** | **0.00** |

Amounts paid and amount still owing are unknown

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sauk Valley Student Housing, LLC vs. Century Project Management Partners, et al.; Case No. 2009 L 32, Lee County, Illinois** | **Suit alleging construction defects** | **Lee County Circuit Clerk, Dixon, IL** | **Cause settled** |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nelson, Kilgus, Richey, Huffman & Buckwa**<br>**209 E. Main Street**<br>**PO Box 111**<br>**Morrison, IL 61270** | **various** | **3,230.00** |
| **Nelson, Kilgus, Richey, Huffman & Buckwa**<br>**209 E. Main Street**<br>**PO Box 111**<br>**Morrison, IL 61270** | **2/9/2011** | **8,000.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Nelson, Kilgus, Richey, Huffman & Buckwa**<br>**209 E. Main Street**<br>**PO Box 111**<br>**Morrison, IL 61270** | **02/09/11** | |

**Debtor paid in behalf of its sole member, Sauk Valley College Foundation, an advance payment retainer in the amount of $20,497.50 to its attorneys, Nelson, Kilgus, Richey, Huffman & Buckwalter-Schurman**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**Becky Peacock**                              **2008 - 2010**
**150 East Gilman St., Suite 1250**
**Madison, WI  53703**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☐ None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Clifton Gunderson, LLP**<br>**3917 E. Lincolnway, Suite A**<br>**Sterling, IL 61081** | **2007-2008 Audit** |
| **McGladrey & Pullen LLP**<br>**1252 Belt Valley Road**<br>**Rockford, IL 61108** | **2008-2009 Audit**<br>**2009-2010 Audit** |

☐ None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Becky Peacock**
**150 East Gilman St., Suite 1250**
**Madison, WI 53703**

**McGladrey & Pullen LLP**
**1252 Belt Valley Road**
**Rockford, IL 61108**

☐ None   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Amcore Bank, N.A.**<br>**101 W. First Street**<br>**Dixon, IL 61021** | **Periodic balance sheets and financial statements provided** |

**20. Inventories**

☑ None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☑ None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mary Ellen Wilkinson** | **Manager** | **None** |
| **Ronald F. Coplan** | **Manager** | **None** |
| **Amy Viering** | **Manager** | **None** |
| **Luis Moreno** | **Manager** | **None** |
| **John Ditto** | **Manager** | **None** |
| **Sauk Valley College Foundation** | **Member** | **100% membership interest** |

**22. Former partners, officers, directors and shareholders**

☑ None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☐ None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Daniel Hawkins** | **Manager** | **April, 2010** |

| Ed Raley | Manager | January, 2010 |
| Gerald Winger | Manager | October, 2010 |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| **Sauk Valley College Foundation** | **36-6135387** |

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 9, 2011**          Signature: ***/s/ Mary Ellen Wilkinson***

**Mary Ellen Wilkinson, Manager/Chairman Of Sole Member**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Sauk Valley Student Housing, LLC                        Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **165**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February  9, 2011** _____        ***/s/ Mary Ellen Wilkinson*** _____
                                                        Debtor

                                                        _____

                                                        Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sauk Valley Student Housing, LLC
173 IL Route 2
Dixon, IL 61021

Annette S. Watts
601 N. Walnut, Apt. 1201
Freeport, IL 61032

Byron L. Carr
715 Lincoln Street
Rock Falls, IL 61071


Nelson, Kilgus, Richey,
Huffman & Buckwalter-Schurman
209 E. Main St., P.O. Box 111
Morrison, IL 61270

Annie B. Williams
14626 Dante Avenue
Dolton, IL 60419

Candace Moore
1401 Avenue L
Sterling, IL 61081


Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505

Annie Williams
14626 Dante Avenue
Dolton, IL 60419

Candida Cavazos
1107 W. 16th Street
Davenport, IA 52804


Alka Bond
4050 N. Armour Road
Stillman Valley, IL 61084

Anthony Maves
369 Wheaton Avenue
Dixon, IL 61021

Carlos Camacho
5552 W. Louisana St.
Tucson, AZ 85757


Allied Waste Services
1214 S. Bataan Road
Dixon, IL 61021

Arizona Phoenix
1620 HA16 St.
London, ON

Carrie A. Smoot
122 S. Dement Avenue
Dixon, IL 61021


Amanda Lillie
6475 E. Possum Street
Oregon, IL 61061

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd, Suite 500
Coral Gables, FL 33146

Choya L. Brown
14524 Cottage Grove
Polton, IL 60419


Andrew P. Schoeneman
8441 West Oak Avenue
Miles, IL 60714

Benjamin A. Mendiaz
4965 S. Carino De Oeste
Tuscon, AZ 85746

Christopher M. Walker
408 W. 34th St., Apt. 210
Steger, IL 60475


Andrew Smoot
122 S. Dement Avenue
Dixon, IL 61021

Bill P. Carlson
487 W. 2nd Street
Woodhull, IL 61490

Chuck Misuraca
302 Prairie Hill Parkway
Winnebago, IL 61088


Angela L. Patton
608 N. Parke Street
Tuscola, IL 61953

Brittany A. Williams
14626 Dante Avenue
Dolton, IL 60419

Cletus L. Knight
814 S. Lincoln Avenue
Dixon, IL 61021


Anita A. Amisi
2801 Ridge Avenue
Rockford, IL 61103

Brock Kartheiser
2567 N. 4670th Road
Somonauk, IL 60552

Clifton W. Foreman
105 N. Elm
Franklin Grove, IL 61031

Cody Behrens
618 Grove Street
Prophetstown, IL 61277

Danny C. Hall
PO Box 469
Monroe, LA 71210

Dennis Herbig
3579 Oak Grove Road
Byron, IL 61010

Comcast Cable
1430 Sycamore Road
DeKalb, IL 60115

Danny Mann
3651 Chad Street
Rockford, IL 61102

Dennis J. Lillie
6475 E. Possum Street
Oregon, IL 61061

Comcast Cable
1430 Sycamore Road
DeKalb, IL 60115

Daphne Prybyszczuk
14 Allan Road Camira
Brishane, QLD 4300,

Dereck Smith-Teachout
950 Mulhollen Drive
Monroe, MI 48161

Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111

Dave Phoenix
1620 HA16 St.
London, ON

Devin Chisholm
22041 Spring Lane
Richton Park, IL 60471

Commonwealth Edison Company
Dixon Business Office
919 First Street
Dixon, IL 61021-0468

David A. Hutcheson
7508 Suffield Road
Loves Park, IL 61111

Eddie Cade
1717 Montague St.
Rockford, IL 61102

Connor Lincoln
302 E. Mason Street
Polo, IL 61064

Dawn L. Kohler
9404 Lawson Drive
Machesney Park, IL 61115

Essex Telcom, Inc.
2 East Third Street
Sterling, IL 61081

Corey Coomes
423 West Graham
Dixon, IL 61021

Deborah A. Hurley
705 Jefferson Street
Oregon, IL 61061

Frank A. Simon
3410 W. Shakespeare
Chicago, IL 60647

Daniel Barr
1222 Rotherham Lane
Beech Grove, IN 46107

Deborah M. Brown
1717 Montague
Rockford, IL 61102

Fred W. Schneiderman
PO Box 94
Forreston, IL 61030

Daniel Hutcheson
7508 Suffield Road
Loves Park, IL 61111

Debra Bruder
15631 E. IL Route 72
Davis Junction, IL 61020

Garcia's Lawn Care
1108 Harvey Street
Sterling, IL 61081

Daniel K. Barr
1222 Rotherham Lane
Beech Grove, IN 46107

Dee Dee Hall
PO Box 469
Monroe, LA 71210

Gayla J. Killinger
102 South Main
Port Byron, IL 61275

Grant G. Killinger
102 S. Main Street
Port Byron, IL  61275

Jamie Law
506 Trotter
Heyworth, IL  61745

John Loggins
404 5th Street
Dixon, IL  61021

Grummerts Hardware
424 Locust Street
Sterling, IL  61081

Jamin Carr
715 Lincoln Street
Rock Falls, IL  61071

Jonathon T. Moss
424 Piperlane
Pittsfield, IL  62363

Harris, N.A.
1033 W. Van Buren Street, Suite 100
Chicago, IL  60607

Jasmine Jacobs
2407 N. Ellamont St.
Baltimore, MD  21216

Joseph DeClerk
201 Longview Drive
Geneseo, IL  61254

Hope M. LeFevre
30511 Barclay Road
Milledgeville, IL  61051

Jaylen T. Teasley
530 Woodlawn Ave
Ypsilanti, MI  48198

Josh A. Schlueter
12980 Masters Drive
Morrison, IL  61270

Howard A. Schoeneman
8441 W. Oak Avenue
Niles, IL  60714

Jazmyne Wide
17618 Grandview Drive
Hazelcrest, IL  60429

Joshua Bornsheuer
304 S. Pine Street
Buda, IL  61314

Ian M. Smith
231 E. Cook Street
Sheffield, IL  61361

Jeffrey Erickson
301 S. Fourth
Manlius, IL  61338

Julie L. Kerr
8066 N. 1300 East Road
Shirley, IL  61772

Imeldon Mendiaz
4965 S. Carino De Oeste
Tuscon, AZ  85746

Jeffrey M. Newcomer
318 E. Bradshaw
Dixon, IL  61021

Karen DeClerk
48 Deer Path Court
Geneseo, IL  61254

Insight Communications
227 N. Wyman Street
Rockford, IL  61101

Jeffrey McGuire
448 W. Surf Street
Chicago, IL  60657-0496

Karen S. Cullivan
4824 Calle Don Antonio
Tuscon, AZ  85757

Jacob Hough
210 Emily Street
Mt. Morris, IL  61054

Jennifer Chappell
2407 N. Ellamont St.
Baltimore, MD  21216

Kaylene M. Becker
206 W. Jackson St.
Ohio, IL  61349

James E. Becker
206 W. Jackson
Ohio, IL  61349

Jessica L. Kohler
9404 Lawson Drive
Machesney Park, IL  61115

Keith J. Cullivan
4824 Calle Don Antonio
Tucson, AZ  85757

Kelly R. Lockhart
3300 Oak Street
Hazel Crest, IL  60429

Lynette A. Roach
318 E. Bradshaw
Dixon, IL  61021

Michael B. Rappe
72 Greenbriar Drive
Hillsboro, IL 62049

Kenisha M. Sheriff
14626 Dante Avenue
Dolton, IL  60419

Lynnette Erickson
301 S. Fourth Street
Manlius, IL 61338

Michael J. Kartheiser
2567 N. 4670th Road
Somonauk, IL  60552

Kent A. Smith
231 E. Cook Street
Sheffield, IL 61361

Marcus K. Bruder
15631 E. IL Route 72
Davis Junction, IL 61020

Michael M. Law
506 Trotter Drive
Heyworth, IL 61745

Kevin D. Schlueter
12980 Masters Drive
Morrison, IL 61270

Marcus Marshall
2007 13th Avenue
Rockford, IL 61104

Michael Mann
3651 Chad Street
Rockford, IL 61102

Lauren Kerr
8066 N. 1300 East Road
Shirley, IL  61772

Margaret A. McGuire
448 West Surf Street
Chicago, IL 60657-0496

Michael Schneiderman
PO Box 94
Forreston, IL  61030

Laurie Norton
3811 Business 20 West
Freeport, IL 61032

Mathew Prybyszczuk
14 Allen Road Camira
Brisbane, QLD,

Michael Vrana
759 Anita Lane
Princeton, IL 61356

Leah M. Foreman
631 Marclare Ave, Apt. 4
Dixon, IL 61021

McGladrey & Pullen LLP
1252 Belt Valley Road
Rockford, IL 61108

Michele M. Milligan
950 Mulhollen Drive
Monroe, MI 48161

Leonard Grigsby
1125 Grant Avenue
Chicago Heights, IL  60411

Melody A. Maves
369 Wheaton Avenue
Dixon, IL  61021

Michelle G. Brown
21475 Peterson Avenue
Sauk Village, IL 60411-4474

Loratta M. Boyd
612 Apple Street
Dixon, IL  61021

Merilee J. Loggins
721 Lincoln Highway
Rochelle, IL  61068

Monica Drummer
530 Woodlawn Ave
Ypsilanti, MI  48198

Loratta M. Boyd
1612 Sauk Road
Dixon, IL  61021

Michael A. Jones
153 E. 146th St
Riverdale, IL  60827

Nascha G. Lockhart
3300 Oak Street
Hazel Crest, IL  60429

NICOR Gas
ATTN:  Bankruptcy Dept.
P.O. Box 190
Aurora, IL  60507

RRCA Accounts Management
201 E. Third Street
Sterling, IL  61081

Shawn Weeks-Tomlinson
33 Durham Street
Port Hope, ON

Nolan Rappe
72 Greenbriar Drive
Hillsboro, IL  62049

Ryne Vrana
759 Anita Lane
Princeton, IL  61356

Sheila A. Carter
14524 Cottage
Dolton, IL  60419

Patty S. Flint
1016 Park Avenue
Cherokee, IA  51012

Samuel Webb
8323 Stafford Lane
Indianapolis, IN  46260

Sherry L. Koch
705 1/2 6th Avenue
Sterling, IL  61081

Paul E. Coomes
423 West Graham Street
Dixon, IL  61021

Sarah Stephens
302 Riverside
Prophetstown, IL  61277

SimplexGrinnell
3214 Kingsley Way
Madison, WI  53713

Pavel Rizo
2275 J Lawson Blvd
Orlando, FL  32824

Sauk Valley College Foundation
173 IL Route 2
Dixon, IL  61021

Sisson Lawn & Landscape
2907 16th Avenue
Sterling, IL  61081

Randi J. Flint
1016 Park Avenue
Cherokee, IA  51012

Sauk Valley Community College
173 IL Route 2
Dixon, IL  61021

Sonya Marshall
2007 13th Avenue
Rockford, IL  61104

Rebecca Herbig
3579 Oak Grove Road
Byron, IL  61081

Shamika S. Williams
1503 Copeland Road
Catonsville, MD  21228

Stanley R. Moore
1727 Avaon Court
Beloit, WI  53511

Rhonda Bornsheuer
304 S. Pine Street
Buda, IL  61314

Shane M. Albert
608 N. Parke Street
Tuscola, IL  61953

Stanley R. Moore
1508 Watercreek
Las Vegas, NV  89032

Ricky L. Lincoln
302 E. Mason Street
Polo, IL  61064

Shannon L. Phelan
1630 Rockview
Dixon, IL  61021

Taggart Spellman
3811 Business 20 West
Freeport, IL  61032

Rosemary Chisholm
22041 Spring Lane
Richton Park, IL  60471

Shannon N. Ciskowski
855 Margret Street
Des Plaines, IL  60016

Tamara S. Watts
423 S. State St.
Freeport, IL  61032

Tamika M. Daniels
1503 Copeland Road
Catonsville, MD  21228

Verizon Wireless
PO Box 25505
Lehigh Valley, PA  18002

Tashari Cole
22407 Chappel
Sauk Village, IL  60411

Vicki J. Phelan
1630 Rockview
Dixon, IL  61021

Tawanna S. Cole
22407 Chappell
Sauk Village, IL  60411

Victoria L. Ciskowski
855 Margret Street
Des Plaines, IL  60016

TD Kurtz Glass Company
1101 1st Avenue
Rock Falls, IL 61071

Volande J. Murff
153 E. 146th Street
Riverdale, IL  60827

Teresa Loera
5552 W. Louisiana Street
Tucson, AZ  85757

Web Laundry Company
22 Water Street
Cambridge, MA  02141

Todd Haas
705 Jefferson St.
Oregon, IL  61061

Willard Cox
699 Bloody Gulch Road
Dixon, IL  61021

Tracy Brunner
8323 Stafford Lane
Indianapolis, IN  46260

William J. Koch
705 1/2 6th Avenue
Sterling, IL  61081

Tyler P. Carlson
487 W. 2nd Street
Woodhull, IL  61490

United Distributing Company, Inc.
PO Box 1452
Sykesville, MD  21784

Vanessa K. Thomas
17618 Grandview Drive
Hazelcrest, IL  60429

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**</u>
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Sauk Valley Student Housing, LLC                          Chapter **7** _____
_____
                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
_____

_____

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Sauk Valley Student Housing, LLC**                    X /s/                                                      **2/09/2011**
_____          _____
Printed Name(s) of Debtor(s)                                      Signature of Debtor                                  Date

Case No. (if known) _____          X _____
                                                                              Signature of Joint Debtor (if any)                 Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**

Case No. _____

**Sauk Valley Student Housing, LLC**

Chapter **7** _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................... $ _____**8,000.00**

Prior to the filing of this statement I have received .................................................................. $ _____**8,000.00**

Balance Due ........................................................................................................ $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
    **Filing fees and all costs included in retainer**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **February  9, 2011** | **/s/ Lon M. Richey** |
|---|---|
| Date | Lon M. Richey
Nelson, Kilgus, Richey,
Huffman & Buckwalter-Schurman
209 E. Main St.,  P.O. Box 111
Morrison, IL  61270
(815) 772-2121 |