UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SAUK VALLEY STUDENT HOUSING, LLC | § | Case No. 11-80536 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/07/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 11/28/2012          By: /s/MEGAN G. HEEG
                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SAUK VALLEY STUDENT HOUSING, LLC | § | Case No. 11-80536 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,499.15 |
| *and approved disbursements of* | $ 1,143.36 |
| *leaving a balance on hand of* [1] | $ 19,355.79 |
| **Balance on hand:** | $ 19,355.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Harris, N.A. | 8,953,643.77 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 19,355.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,799.92 | 0.00 | 2,799.92 |
| Trustee, Expenses - MEGAN G. HEEG | 15.60 | 0.00 | 15.60 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,955.00 | 0.00 | 1,955.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 82.28 | 0.00 | 82.28 |
| Accountant for Trustee, Fees - Carl Swanson, CPA | 470.00 | 470.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,852.80 |
| Remaining balance: | $ | 14,502.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,502.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | David A. Hutcheson | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,502.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,038.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 2,383.84 | 0.00 | 356.28 |
| 2 | Sauk Valley Community College | 64,225.00 | 0.00 | 9,598.78 |
| 4 | Sauk Valley College Foundation | 30,430.00 | 0.00 | 4,547.93 |

Total to be paid for timely general unsecured claims: $ 14,502.99
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00


Prepared By:  /s/MEGAN G. HEEG
                        Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-80536-MB
Sauk Valley Student Housing LLC                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 4          Date Rcvd: Nov 30, 2012
                              Form ID: pdf006          Total Noticed: 148

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2012.
```
db         +Sauk Valley Student Housing LLC,    173 IL Route 2,   Dixon, IL 61021-9112
16799958    +Alarm Detection Systems, Inc.,    1111 Church Road,    Aurora, IL 60505-1905
16799960    +Allied Waste Services,    1214 S. Bataan Road,    Dixon, IL 61021-8308
16799961    +Amanda Lillie,    6475 E. Possum Street,    Oregon, IL 61061-9340
16799962    +Andrew P. Schoeneman,    8441 West Oak Avenue,    Miles, IL 60714-1403
16799963    +Andrew Smoot,    122 S. Dement Avenue,    Dixon, IL 61021-3107
16799964    +Angela L. Patton,    608 N. Parke Street,    Tuscola, IL 61953-1263
16799965    +Anita A. Amisi,    2801 Ridge Avenue,    Rockford, IL 61103-3872
16799967    +Annie B. Williams,    14626 Dante Avenue,    Dolton, IL 60419-2411
16799968    +Annie Williams,    14626 Dante Avenue,    Dolton, IL 60419-2411
16799969    +Anthony Maves,    369 Wheaton Avenue,    Dixon, IL 61021-9645
16799970     Arizona Phoenix,    1620 HA16 St.,    London, ON
16799971    +Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, Suite 500,    Coral Gables, FL 33146-1873
16799972     Benjamin A. Mendiaz,    4965 S. Carino De Oeste,    Tuscon, AZ  85746
16799973    +Bill P. Carlson,    487 W. 2nd Street,    Woodhull, IL 61490-5209
16799974    +Brittany A. Williams,    14626 Dante Avenue,    Dolton, IL 60419-2411
16799975    +Brock Kartheiser,    2567 N. 4670th Road,    Somonauk, IL 60552-9679
16799976    +Byron L. Carr,    715 Lincoln Street,    Rock Falls, IL 61071-1342
16799977    +Candace Moore,    1401 Avenue L,    Sterling, IL 61081-2017
16799978   #+Candida Cavazos,    1107 W. 16th Street,    Davenport, IA 52804-3707
16799979    +Carlos Camacho,    5552 W. Louisana St.,    Tucson, AZ 85757-9547
16799981    +Choya L. Brown,    14524 Cottage Grove,    Polton, IL 60419-1896
16799982    +Christopher M. Walker,    408 W. 34th St., Apt. 210,    Steger, IL 60475-1429
16799983    +Chuck Misuraca,    302 Prairie Hill Parkway,    Winnebago, IL 61088-9724
16799984    +Cletus L. Knight,    814 S. Lincoln Avenue,    Dixon, IL 61021-3352
16799986    +Cody Behrens,    618 Grove Street,    Prophetstown, IL 61277-1016
16799987    +Comcast Cable,    1430 Sycamore Road,    DeKalb, IL 60115-2030
16799990    +Commonwealth Edison Company,    Dixon Business Office,    919 First Street,    Dixon, IL 61021-2817
16799991    +Connor Lincoln,    302 E. Mason Street,    Polo, IL 61064-1526
16799992    +Corey Coomes,    423 West Graham,    Dixon, IL 61021-1530
16799993    +Daniel Barr,    1222 Rotherham Lane,    Beech Grove, IN 46107-3323
16799994    +Daniel Hutcheson,    7508 Suffield Road,    Loves Park, IL 61111-3254
16799995    +Daniel K. Barr,    1222 Rotherham Lane,    Beech Grove, IN 46107-3323
16799996    +Danny C. Hall,    PO Box 469,    Monroe, LA 71210-0469
16799997    +Danny Mann,    3651 Chad Street,    Rockford, IL 61102-4025
16799999    +Dave Phoenix,    1620 HA16 St.,    London, ON
16800000    +David A. Hutcheson,    7508 Suffield Road,    Loves Park, IL 61111-3254
16800001    +Dawn L. Kohler,    9404 Lawson Drive,    Machesney Park, IL 61115-1831
16800002    +Deborah A. Hurley,    705 Jefferson Street,    Oregon, IL 61061-1511
16800003    +Deborah M. Brown,    1717 Montague,    Rockford, IL 61102-3014
16800004    +Debra Bruder,    15631 E. IL Route 72,    Davis Junction, IL 61020-9526
16800005    +Dee Dee Hall,    PO Box 469,    Monroe, LA 71210-0469
16800006    +Dennis Herbig,    3579 Oak Grove Road,    Byron, IL 61010-9624
16800007    +Dennis J. Lillie,    6475 E. Possum Street,    Oregon, IL 61061-9340
16800008    +Dereck Smith-Teachout,    950 Mulhollen Drive,    Monroe, MI 48161-1888
16800009   #+Devin Chisholm,    22041 Spring Lane,    Richton Park, IL 60471-3106
16800010    +Eddie Cade,    1717 Montague St.,    Rockford, IL 61102-3014
16800011    +Essex Telcom, Inc.,    2 East Third Street,    Sterling, IL 61081-3615
16800013    +Fred W. Schneiderman,    PO Box 94,    Forreston, IL 61030-0094
16800014    +Garcia's Lawn Care,    1108 Harvey Street,    Sterling, IL 61081-1852
16800015    +Gayla J. Killinger,    102 South Main,    Port Byron, IL 61275-7714
16800016    +Grant G. Killinger,    102 S. Main Street,    Port Byron, IL 61275-7714
16800017    +Grummerts Hardware,    424 Locust Street,    Sterling, IL 61081-3541
16800018    +Harris, N.A.,    Christopher M Cahill,    Lowis & Gellen LLP,    200 W Adams St  Ste 1900,
              Chicago, Il 60606-5229
16800019    +Hope M. LeFevre,    30511 Barclay Road,    Milledgeville, IL 61051-9248
16800020    +Howard A. Schoeneman,    8441 W. Oak Avenue,    Niles, IL 60714-1403
16800022     Imeldon Mendiaz,    4965 S. Carino De Oeste,    Tuscon, AZ  85746
16800023    +Insight Communications,    227 N. Wyman Street,    Rockford, IL 61101-1023
16800024   #+Jacob Hough,    210 Emily Street,    Mt. Morris, IL 61054-1105
16800025    +James E. Becker,    206 W. Jackson,    Ohio, IL 61349-9725
16800026    +Jamie Law,    506 Trotter,    Heyworth, IL 61745-9791
16800027    +Jamin Carr,    715 Lincoln Street,    Rock Falls, IL 61071-1342
16800028    +Jasmine Jacobs,    2407 N. Ellamont St.,    Baltimore, MD 21216-1908
16800030    +Jazmyne Wide,    17618 Grandview Drive,    Hazelcrest, IL 60429-2133
16800031     Jeffrey Erickson,    301 S. Fourth,    Manlius, IL 61338
16800032    +Jeffrey M. Newcomer,    318 E. Bradshaw,    Dixon, IL 61021-1606
16800033     Jeffrey McGuire,    448 W. Surf Street,    Chicago, IL 60657-0496
16800034    +Jennifer Chappell,    2407 N. Ellamont St.,    Baltimore, MD 21216-1908
16800035    +Jessica L. Kohler,    9404 Lawson Drive,    Machesney Park, IL 61115-1831
16800036    +John Loggins,    404 5th Street,    Dixon, IL 61021-3702
16800037    +Jonathon T. Moss,    424 Piperlane,    Pittsfield, IL 62363-1944
16800038    +Joseph DeClerk,    201 Longview Drive,    Geneseo, IL 61254-9113
16800040    +Joshua Bornsheuer,    304 S. Pine Street,    Buda, IL 61314-9455
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 4                  Date Rcvd: Nov 30, 2012
                              Form ID: pdf006              Total Noticed: 148


16800041     +Julie L. Kerr,    8066 N. 1300 East Road,    Shirley, IL 61772-9566
16800042     +Karen DeClerk,    48 Deer Path Court,    Geneseo, IL 61254-9258
16800043     +Karen S. Cullivan,    4824 Calle Don Antonio,    Tuscon, AZ 85757-1411
16800044     +Kaylene M. Becker,    206 W. Jackson St.,    Ohio, IL 61349-9725
16800045     +Keith J. Cullivan,    4824 Calle Don Antonio,    Tucson, AZ 85757-1411
16800046     +Kelly R. Lockhart,    3300 Oak Street,    Hazel Crest, IL 60429-1540
16800047     +Kenisha M. Sheriff,    14626 Dante Avenue,    Dolton, IL 60419-2411
16800050     +Lauren Kerr,    8066 N. 1300 East Road,    Shirley, IL 61772-9566
16800051     +Laurie Norton,    3811 Business 20 West,    Freeport, IL 61032-8189
16800054     +Loratta M. Boyd,    612 Apple Street,    Dixon, IL 61021-1179
16800055     +Loratta M. Boyd,    1612 Sauk Road,    Dixon, IL 61021-8777
16800057      Lynnette Erickson,    301 S. Fourth Street,    Manlius, IL  61338
16800058     +Marcus K. Bruder,    15631 E. IL Route 72,    Davis Junction, IL 61020-9526
16800059     +Marcus Marshall,    2007 13th Avenue,    Rockford, IL 61104-5624
16800060      Margaret A. McGuire,    448 West Surf Street,    Chicago, IL  60657-0496
16800062     +McGladrey & Pullen LLP,    1252 Belt Valley Road,    Rockford, IL 61108-4440
16800063     +Melody A. Maves,    369 Wheaton Avenue,    Dixon, IL 61021-9645
16800064     +Merilee J. Loggins,    721 Lincoln Highway,    Rochelle, IL 61068-1648
16800065     +Michael A. Jones,    153 E. 146th St,    Riverdale, IL 60827-2816
16800066     +Michael B. Rappe,    72 Greenbriar Drive,    Hillsboro, IL 62049-2109
16800067     +Michael J. Kartheiser,    2567 N. 4670th Road,    Somonauk, IL 60552-9679
16800068     +Michael M. Law,    506 Trotter Drive,    Heyworth, IL 61745-9791
16800069     +Michael Mann,    3651 Chad Street,    Rockford, IL 61102-4025
16800070     +Michael Schneiderman,    PO Box 94,    Forreston, IL 61030-0094
16800071     +Michael Vrana,    759 Anita Lane,    Princeton, IL 61356-2307
16800072     +Michele M. Milligan,    950 Mulhollen Drive,    Monroe, MI 48161-1888
16800073      Michelle G. Brown,    21475 Peterson Avenue,    Sauk Village, IL  60411-4474
16800075     +Nascha G. Lockhart,    3300 Oak Street,    Hazel Crest, IL 60429-1540
16799957     +Nelson Kilgus Richey,    Huffman & Buckwalter-Schurman,    209 E Main St  PO Box 111,
               Morrison, IL 61270-0111
16800077     +Nolan Rappe,    72 Greenbriar Drive,    Hillsboro, IL 62049-2109
16800078     +Patty S. Flint,    1016 Park Avenue,    Cherokee, IA 51012-1127
16800079     +Paul E. Coomes,    423 West Graham Street,    Dixon, IL 61021-1530
16800086     +RRCA Accounts Management,    201 E. Third Street,    Sterling, IL 61081-3611
16800081     +Randi J. Flint,    1016 Park Avenue,    Cherokee, IA 51012-1127
16800082     +Rebecca Herbig,    3579 Oak Grove Road,    Byron, IL 61010-9624
16800083     +Rhonda Bornsheuer,    304 S. Pine Street,    Buda, IL 61314-9455
16800084     +Ricky L. Lincoln,    302 E. Mason Street,    Polo, IL 61064-1526
16800085     +Rosemary Chisholm,    22041 Spring Lane,    Richton Park, IL 60471-3106
16800087     +Ryne Vrana,    759 Anita Lane,    Princeton, IL 61356-2307
16800088     +Samuel Webb,    8323 Stafford Lane,    Indianapolis, IN 46260-2853
16800089     +Sarah Stephens,    302 Riverside,    Prophetstown, IL 61277-1048
16800090     +Sauk Valley College Foundation,    173 IL Route 2,    Dixon, IL 61021-9188
16800091     +Sauk Valley Community College,    173 IL Route 2,    Dixon, IL 61021-9188
16800092     +Shamika S. Williams,    1503 Copeland Road,    Catonsville, MD 21228-1138
16800093     +Shane M. Albert,    608 N. Parke Street,    Tuscola, IL 61953-1263
16800094     +Shannon L. Phelan,    1630 Rockview,    Dixon, IL 61021-8744
16800095     +Shannon N. Ciskowski,    855 Margret Street,    Des Plaines, IL 60016-6315
16800096      Shawn Weeks-Tomlinson,    33 Durham Street,    Port Hope, ON
16800097      Sheila A. Carter,    14524 Cottage,    Dolton, IL  60419
16800098     +Sherry L. Koch,    705 1/2 6th Avenue,    Sterling, IL 61081-2530
16800099     +SimplexGrinnell,    3214 Kingsley Way,    Madison, WI 53713-4628
16800100     +Sisson Lawn & Landscape,    2907 16th Avenue,    Sterling, IL 61081-9469
16800101     +Sonya Marshall,    2007 13th Avenue,    Rockford, IL 61104-5624
16800102     +Stanley R. Moore,    1727 Avaon Court,    Beloit, WI 53511-2526
16800103     +Stanley R. Moore,    1508 Watercreek,    Las Vegas, NV 89032-3104
16800109     +TD Kurtz Glass Company,    1101 1st Avenue,    Rock Falls, IL 61071-1600
16800104     +Taggart Spellman,    3811 Business 20 West,    Freeport, IL 61032-8189
16800105    #+Tamara S. Watts,    423 S. State St.,    Freeport, IL 61032-5213
16800106     +Tamika M. Daniels,    1503 Copeland Road,    Catonsville, MD 21228-1138
16800110     +Teresa Loera,    5552 W. Louisiana Street,    Tucson, AZ 85757-9547
16800111     +Todd Haas,    705 Jefferson St.,    Oregon, IL 61061-1511
16800112     +Tracy Brunner,    8323 Stafford Lane,    Indianapolis, IN 46260-2853
16800113     +Tyler P. Carlson,    487 W. 2nd Street,    Woodhull, IL 61490-5209
16800114     +United Distributing Company, Inc.,    PO Box 1452,    Sykesville, MD 21784-1452
16800115     +Vanessa K. Thomas,    17618 Grandview Drive,    Hazelcrest, IL 60429-2133
16800116     +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
16800117     +Vicki J. Phelan,    1630 Rockview,    Dixon, IL 61021-8744
16800118     +Victoria L. Ciskowski,    855 Margret Street,    Des Plaines, IL 60016-6315
16800119     +Volande J. Murff,    153 E. 146th Street,    Riverdale, IL 60827-2816
16800120     +Web Laundry Company,    22 Water Street,    Cambridge, MA 02141-1228
16800121     +Willard Cox,    699 Bloody Gulch Road,    Dixon, IL 61021-9625
16800122     +William J. Koch,    705 1/2 6th Avenue,    Sterling, IL 61081-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16799989      E-mail/Text: legalcollections@comed.com Dec 01 2012 02:45:54     Commonwealth Edison,
               P.O. Box 6111,    Carol Stream, IL  60197-6111
17030633     +E-mail/Text: legalcollections@comed.com Dec 01 2012 02:45:54     Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
```

```
District/off: 0752-3           User: kkrystave              Page 3 of 4                   Date Rcvd: Nov 30, 2012
                               Form ID: pdf006              Total Noticed: 148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16800076     +E-mail/Text: bankrup@nicor.com Dec 01 2012 02:41:35     NICOR Gas,    ATTN: Bankruptcy Dept.,
              P.O. Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16799998       Daphne Prybyszczuk,    14 Allan Road Camira,    Brishane, QLD 4300,
16800061       Mathew Prybyszczuk,    14 Allen Road Camira,    Brisbane, QLD,
16799988*    +Comcast Cable,    1430 Sycamore Road,    DeKalb, IL 60115-2030
16799956*    +Sauk Valley Student Housing LLC,    173 IL Route 2,    Dixon, IL 61021-9112
16799959     ##+Alka Bond,    4050 N. Armour Road,    Stillman Valley, IL 61084-9203
16799966     ##+Annette S. Watts,    601 N. Walnut, Apt. 1201,    Freeport, IL 61032-3277
16799980     ##+Carrie A. Smoot,    122 S. Dement Avenue,    Dixon, IL 61021-3107
16799985     ##+Clifton W. Foreman,    105 N. Elm,    Franklin Grove, IL 61031-9500
16800012     ##+Frank A. Simon,    3410 W. Shakespeare,    Chicago, IL 60647-3522
16800021     ##+Ian M. Smith,    231 E. Cook Street,    Sheffield, IL 61361-9794
16800029     ##+Jaylen T. Teasley,    530 Woodlawn Ave,    Ypsilanti, MI 48198-6137
16800039     ##+Josh A. Schlueter,    12980 Masters Drive,    Morrison, IL 61270-9363
16800048     ##+Kent A. Smith,    231 E. Cook Street,    Sheffield, IL 61361-9794
16800049     ##+Kevin D. Schlueter,    12980 Masters Drive,    Morrison, IL 61270-9363
16800052     ##+Leah M. Foreman,    631 Marclare Ave, Apt. 4,    Dixon, IL 61021-1181
16800053     ##+Leonard Grigsby,    1125 Grant Avenue,    Chicago Heights, IL 60411-2719
16800056     ##+Lynette A. Roach,    318 E. Bradshaw,    Dixon, IL 61021-1606
16800074     ##+Monica Drummer,    530 Woodlawn Ave,    Ypsilanti, MI 48198-6137
16800080     ##+Pavel Rizo,    2275 J Lawson Blvd,    Orlando, FL 32824-4323
16800107     ##+Tashari Cole,    22407 Chappel,    Sauk Village, IL 60411-5632
16800108     ##+Tawanna S. Cole,    22407 Chappell,    Sauk Village, IL 60411-5632
                                                                                              TOTALS: 2, * 2, ## 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2012**                       **Signature:**       *Joseph Speetjens*

```
District/off: 0752-3           User: kkrystave              Page 4 of 4                   Date Rcvd: Nov 30, 2012
                               Form ID: pdf006              Total Noticed: 148
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2012 at the address(es) listed below:
           Lon M. Richey   on behalf of Debtor  Sauk Valley Student Housing LLC lrichey@nkrh.com
           Megan G Heeg   on behalf of Trustee Megan Heeg heeg@egbbl.com,  IL55@ecfcbis.com
           Megan G Heeg   heeg@egblc.com,  IL55@ecfcbis.com
           Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
           TOTAL: 4

Case 11-80536 Doc 29 Filed 11/30/12 Entered 12/02/12 23:37:45 Desc Imaged
Certificate of Notice Page 9 of 9