# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: SAUK VALLEY STUDENT HOUSING, LLC    § Case No. 11-80536
                                            §
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,648,106.45 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $14,502.99 | Claims Discharged Without Payment: $91,196.20 |
| Total Expenses of Administration: $5,996.16 | |

   3) Total gross receipts of $ 20,499.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,499.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,227,113.14 | $8,953,643.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,996.16 | 5,996.16 | 5,996.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 150.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,335.35 | 97,038.84 | 97,038.84 | 14,502.99 |
| **TOTAL DISBURSEMENTS** | $7,328,448.49 | $9,056,828.77 | $103,035.00 | $20,499.15 |

    4)  This case was originally filed under Chapter 7 on February 11, 2011. The case was pending for 26 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2013          By: /s/MEGAN G. HEEG
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc (unscheduled) | 1229-000 | 20,497.50 |
| Interest Income | 1270-000 | 1.65 |
| **TOTAL GROSS RECEIPTS** | | **$20,499.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Harris, N.A. | 4120-000 | 7,227,113.14 | 8,953,643.77 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$7,227,113.14** | **$8,953,643.77** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,799.92 | 2,799.92 | 2,799.92 |
| MEGAN G. HEEG | 2200-000 | N/A | 15.60 | 15.60 | 15.60 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,955.00 | 1,955.00 | 1,955.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 82.28 | 82.28 | 82.28 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Carl Swanson, CPA | 3410-000 | N/A | 470.00 | 470.00 | 470.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.31 | 39.31 | 39.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.26 | 46.26 | 46.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.94 | 41.94 | 41.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.46 | 40.46 | 40.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.56 | 44.56 | 44.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.68 | 41.68 | 41.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.25 | 44.25 | 44.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.01 | 40.01 | 40.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.31 | 41.31 | 41.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.85 | 39.85 | 39.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.26 | 45.26 | 45.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.68 | 39.68 | 39.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.70 | 43.70 | 43.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.24 | 42.24 | 42.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.07 | 38.07 | 38.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.78 | 44.78 | 44.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,996.16 | $5,996.16 | $5,996.16 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | David A. Hutcheson | 5600-000 | N/A | 150.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $150.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | N/A | 2,383.84 | 2,383.84 | 356.28 |
| 2 | Sauk Valley Community College | 7100-000 | 62,245.00 | 64,225.00 | 64,225.00 | 9,598.78 |
| 4 | Sauk Valley College Foundation | 7100-000 | 30,430.00 | 30,430.00 | 30,430.00 | 4,547.93 |
| NOTFILED | NICOR Gas | 7100-000 | 946.02 | N/A | N/A | 0.00 |
| NOTFILED | TD Kurtz Glass Company | 7100-000 | 45.60 | N/A | N/A | 0.00 |
| NOTFILED | McGladrey & Pullen LLP | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Willard Cox | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Grummerts Hardware | 7100-000 | 25.78 | N/A | N/A | 0.00 |
| NOTFILED | United Distributing Company, Inc. | 7100-000 | 298.90 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services | 7100-000 | 399.12 | N/A | N/A | 0.00 |
| NOTFILED | Garcia's Lawn Care | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Alarm Detection Systems, Inc. | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 1,030.80 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | 1,324.13 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $101,335.35 | $97,038.84 | $97,038.84 | $14,502.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80536  
**Case Name:** SAUK VALLEY STUDENT HOUSING, LLC  

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/11/11 (f)  
**§341(a) Meeting Date:** 03/11/11  

**Period Ending:** 04/01/13  

**Claims Bar Date:** 07/05/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5 acres improved with 48 units and 142 beds loca | 1,535,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 70,976.45 | 0.00 | | 0.00 | FA |
| 3 | Accounts receivable. | 22,130.00 | 0.00 | OA | 0.00 | FA |
| 4 | Machinery, fixtures, equipment and supplies used | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Misc (unscheduled)  (u) | Unknown | 20,497.50 | | 20,497.50 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.65 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$1,648,106.45** | **$20,497.50** | | **$20,499.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 1, 2012    **Current Projected Date Of Final Report (TFR):**    November 20, 2012  (Actual)

Printed: 04/01/2013 11:02 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-80536  
**Case Name:** SAUK VALLEY STUDENT HOUSING, LLC  

**Taxpayer ID #:** **-***3969  
**Period Ending:** 04/01/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | {5} | Nelson, Kilgus, Richey Huffman & Buckwalter-Schurman | Recovery of Debtor's funds | 1229-000 | 20,497.50 | | 20,497.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,497.65 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,497.82 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,497.98 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,498.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.31 | 20,458.84 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,459.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.66 | 20,411.35 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.40 | 20,412.75 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,412.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.94 | 20,370.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,371.14 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.46 | 20,330.68 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,330.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.56 | 20,286.28 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,286.45 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.68 | 20,244.77 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,244.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.25 | 20,200.69 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.01 | 20,160.68 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.31 | 20,119.37 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.85 | 20,079.52 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.26 | 20,034.26 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.68 | 19,994.58 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.70 | 19,950.88 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.24 | 19,908.64 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.07 | 19,870.57 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.78 | 19,825.79 |
| 11/13/12 | 1001 | Carl Swanson, CPA | | 3410-000 | | 470.00 | 19,355.79 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 19,355.79 | 0.00 |

Subtotals :   $20,499.15   $20,499.15

{} Asset reference(s)

Printed: 04/01/2013 11:02 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-80536  
**Case Name:** SAUK VALLEY STUDENT HOUSING, LLC  
**Taxpayer ID #:** **-***3969  
**Period Ending:** 04/01/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,499.15 | 20,499.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,355.79 | |
| | | | **Subtotal** | | 20,499.15 | 1,143.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $20,499.15 | $1,143.36 | |

{} Asset reference(s)

Printed: 04/01/2013 11:02 AM    V.13.13

Case 11-80536    Doc 32    Filed 04/01/13    Entered 04/01/13 11:05:04    Desc Main
Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-80536  
**Case Name:** SAUK VALLEY STUDENT HOUSING, LLC  

**Taxpayer ID #:** **-***3969  
**Period Ending:** 04/01/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****112565 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,355.79 | | 19,355.79 |
| 01/22/13 | 11002 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,955.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,955.00 | 17,400.79 |
| 01/22/13 | 11003 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $82.28, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 82.28 | 17,318.51 |
| 01/22/13 | 11004 | Commonwealth Edison Company | Dividend paid 14.94% on $2,383.84; Claim# 1; Filed: $2,383.84; Reference: | 7100-000 | | 356.28 | 16,962.23 |
| 01/22/13 | 11005 | Sauk Valley Community College | Dividend paid 14.94% on $64,225.00; Claim# 2; Filed: $64,225.00; Reference: | 7100-000 | | 9,598.78 | 7,363.45 |
| 01/22/13 | 11006 | Sauk Valley College Foundation | Dividend paid 14.94% on $30,430.00; Claim# 4; Filed: $30,430.00; Reference: | 7100-000 | | 4,547.93 | 2,815.52 |
| 01/22/13 | 11007 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,815.52 | 0.00 |
| | | | Dividend paid 100.00%     2,799.92 on $2,799.92;  Claim# ; Filed: $2,799.92 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     15.60 on $15.60;  Claim# ; Filed: $15.60 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **19,355.79** | **19,355.79** | **$0.00** |
| | | | Less: Bank Transfers | | 19,355.79 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **19,355.79** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,355.79** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******95-65** | 20,499.15 | 1,143.36 | 0.00 |
| **Checking # ****112565** | 0.00 | 19,355.79 | 0.00 |
| | **$20,499.15** | **$20,499.15** | **$0.00** |

{} Asset reference(s)

Printed: 04/01/2013 11:02 AM    V.13.13